IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOLEEN M. DAMASO-EARING, | CIVIL 15-00434-DKW-KJM |
| Plaintiff, | |
| vs. | |
| OCEANIC TIME WARNER CABLE, LLC, and CYRUS DRIVER, | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 20, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT CYRUS DRIVER'S PETITION FOR APPROVAL OF GOOD FAITH SETTLEMENT PURSUANT

TO HRS § 663-15.5," ECF no. 73, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 4, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Joleen M. Damaso-Earing v. Oceanic Time Warner Cable, LLC, et al.*; Civil No. 15-00434 DKW-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION